**Film Title: ONCE UPON A TIME IN VENICE**
**Rights Owner: VENICE PI, LLC**

| | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 174.51.130.83 | 56757 | 2017-07-08 20:22:09 | Comcast Cable | Colorado |
| 2 | 71.196.255.228 | 58945 | 2017-07-03 16:57:08 | Comcast Cable | Colorado |
| 3 | 75.163.191.88 | 57607 | 2017-07-09 21:37:14 | CenturyLink Local Services Platform | Colorado |
| 4 | 174.24.28.89 | 63614 | 2017-07-03 21:59:20 | CenturyLink Local Services Platform | Colorado |
| 5 | 71.212.213.4 | 49559 | 2017-07-20 04:24:58 | CenturyLink | Colorado |
| 6 | 184.157.124.109 | 6881 | 2017-07-17 03:08:12 | CenturyLink | Colorado |
| 7 | 71.208.142.172 | 57601 | 2017-07-11 23:20:17 | CenturyLink | Colorado |
| 8 | 71.218.238.86 | 59920 | 2017-07-08 18:23:43 | CenturyLink | Colorado |
| 9 | 71.33.205.128 | 49536 | 2017-07-08 09:01:27 | CenturyLink | Colorado |
| 10 | 71.211.198.87 | 6881 | 2017-07-07 04:33:20 | CenturyLink | Colorado |
| 11 | 216.161.62.226 | 54243 | 2017-07-03 19:18:29 | CenturyLink | Colorado |

**EXHIBIT 1**