**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01917-WYD-MEH

VENICE PI, LLC,

a California Limited Liability Company,

                Plaintiff,

    v.

JOHN DOES 1-11,

                Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT JOHN DOE 10
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 10, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 10, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, without

prejudice.

DATED this 8th day of September, 2017.

Respectfully submitted,


/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
5310 Ward Rd., Suite G-07
Arvada, CO 80002
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*